

FILED
AUG 07 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

19 CV 436 CVE - JFJ

Plaintiff(s)

Jay Ainsworth
9159 E.38th St
Tulsa, OK 74145

Case Number:__________________

Defendant(s)

Diversified Consultants, Inc.

A. Parties

1) Jay Ainsworth, is a citizen of Oklahoma
(plaintiff) (state)
Who previously resides at 9159 E.38th St, Tulsa, OK, 74145
(mailing address if different from residence)

2) Defendant Diversified Consultants, Inc. is a citizen of Jacksonville, FL
(first defendant) (city/state)
And is employed as ______________________________
(position and title if any)

B. Jurisdiction

1) Northern District of Oklahoma

C. Nature of Case

1) Briefly state the background of your case:
Diversified Consultants, Inc. in error insist that I owe ATT $1,033.62.

## COMPLAINT

ATT's billing department claims that I owe them $486.12 (account #352121217) for unreturned equipment and $547.50 (account #250235195) for early termination. Their own IT department claims that I don't owe either of these charges. However, whenever I asked to have a 3 way conversation between the two departments & myself.

Pd IFP

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s) Case Number:__________________

Jay Ainsworth
9159 E.38th St
Tulsa, OK 74145

Defendant(s)

Diversified Consultants, Inc.

## COMPLAINT continued

I was told that the billing department was unable to speak to their own IT department while I was still on the phone. However, they could transfer me over to their IT department & I could speak to them just not while they were still on the phone. The IT department told me that they could see where ATT had sent someone out due to a problem I was having. He went on to say that it was determined that the problem was due to water getting in the lines and that I had cancelled services. Then he said that an individual with Direct TV had come out a couple of days later and fixed the problem. Which led to services being turned on April 24,2017 but the actual problem was unable to be fixed and services were cancelled again May 16, 2017. He could also see that instead of returning the equipment it had been used to provide me with the new services. When I told the billing department what the IT department had told me. They said that the equipment was not compatible and therefore I had to have had been using additional equipment.

Then July 13, 2017 I received a bill for the account #18275419 from DirectTV / ATT. The bill was for the period 6/19/17 to 7/12/17 in the amount of $0. They came up with this figure by taking a previous balance of $244.19 less the $244.19 for returned equipment (exhibit A). When I received this invoice I contacted ATT's billing department and informed them that I had returned all the equipment. I was told that they would correct their mistake.

Later I received a letter dated 2/7/2018 for account #250235195 from Diversified Consultants, Inc. a debt collector stating that I owed ATT $547.50 (exhibit B). ATT /DirectTV had changed the account #18275419 to account #250235195. I called Diversified and informed them that a mistake had been made & was told that I would have to talk to ATT. When I called ATT they refused to correct their mistake claiming the charges were for early termination. Diversified Consultants, Inc. sent me another letter dated 7/9/19, account #250235195 for $547.50 (exhibit C). I wrote Diversified & told them not to send me anymore letters unless they could provide me proof that the debt was valid (exhibit D). They sent me two verification letters. The letter dated 7/26/2019 for account #235250195 said that I owed ATT $547.50 (exhibit E).

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)
Jay Ainsworth
9159 E.38th St
Tulsa, OK 74145

Case Number:__________________

Defendant(s)
Diversified Consultants, Inc.

## COMPLAINT continued

The other letter dated 7/29/2019 for account #352121217 said that I owed ATT $486.12 after an adjustment for $165 that was made 9/19/2018 (exhibit F). When I called ATT about the letters they informed me that the letter for $486.12 was for unreturned equipment and the letter for $547.50 was for early termination.

I informed ATT that since they were unable to prevent water from getting into the lines preventing me from getting a clear picture on my TV. That I didn't break this contract but that they had actually broken it. Therefore, I couldn't be expected to pay an early termination fee. I also pointed out that (exhibit A) showed that I had returned all equipment except for the gateway (router & modem) but that none of the equipment was actually returned until services were ended in 2018.

Date: ______________

Jay Ainsworth
(Plaintiff)
Ainsworth32@hotmail.com
(918) 622-4745



# BILLING STATEMENT

PAGE 1 OF 4

Account #: 18275419
Statement for: JAY AINSWORTH
9159 E 38TH ST
TULSA, OK 74145-3433

Statement Date: 07/13/17
Billing Period: 06/19/17 to 07/12/17

*YOUR ACCOUNT IS DISCONNECTED*

## WHAT DO I OWE AND WHEN?

TOTAL DUE: $0.00

NO PAYMENT DUE

2017

## WHAT IS MY ACCOUNT OVERVIEW?

| | |
|---|---|
| Previous Balance | $244.19 |
| Payments Received Since Last Bill | 0.00 |
| Balance | 244.19 |
| New Charges: | |
| Other Charges, Adjustments & Taxes | -244.19 |
| Total New Charges | -244.19 |
| TOTAL AMOUNT DUE | $0.00 |

This account is no longer active

## WHAT DO I NEED TO KNOW?

- If you haven't returned your leased equipment, an Equipment Non-Return Fee may be reflected on this bill.
- Pay Per View service charges may be added to your account after your equipment is returned.
- Get answers with live chat. From directv.com/contact look for chat icon to start a conversation and get answers fast!

*For additional information, see page 2.*

HOW DO I PAY? It's easy to pay online at directv.com/billpay  By mail—send remittance below  Call us at 1.800.531.5000 and say, "Pay my bill" Transaction fee may apply By mobile, text PAY to 21880 *Text msg rates may apply

PLEASE FOLD ALONG PERFORATION, DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT



| ACCOUNT NUMBER: | PAYMENT DUE: | TOTAL DUE: | PAYMENT AMOUNT: |
|---|---|---|---|
| 18275419 | None | $0.00 | No action required |

☐ Note my change of billing address on reverse side.
DO NOT WRITE OTHER COMMENTS ON THIS FORM.

AB 01 064270 90951 B 279 A
JAY AINSWORTH
9159 E 38TH ST
TULSA, OK 74145-3433

000000000000000018275419 2 0028 00000000 00000000 0

pg 4 (A)

DIRECTV



**Account #:** 18275419
**Statement for:** JAY AINSWORTH

## ACCOUNT ACTIVITY

Billing Period: 06/19/17 to 07/12/17

| | |
|---|---|
| Previous Balance | $244.19 |
| Payment | 0.00 |
| BALANCE | 244.19 |
| 1. Non Return Fee - Genie Mini adjusted on 06/19 | -45.00 |
| 2. Non Return Fee - Genie Mini adjusted on 06/19 | -45.00 |
| 3. Non Return Fee - Genie adjusted on 06/19 | -135.00 |
| **Taxes** | |
| 4. Sales Tax | -19.19 |
| SUBTOTAL | -244.19 |
| **Total New Charges** | -244.19 |
| **TOTAL AMOUNT DUE** | **$0.00** |


## IT'S NOT TOO LATE



Stay with the best in entertainment!

Simply call **1-888-550-1562** to come back today.

It's your TV. Take it with you.

Watch your live and recorded shows, anywhere, anytime, on your devices—at no extra cost.*



Download the DIRECTV App today!
directv.com/download

Req's Internet-connected Genie HR44+, streaming w/DIRECTV App & elig. svc. Channels/content vary by pkg. & location. Restr's apply. See next page for DIRECTV App details.


## Equipment Non-Return Fees

If your account balance includes any DIRECTV non-returned equipment charges, you must return your equipment as soon as possible to receive credit.



If you have not received a kit, please call us at **1.800.531.5000.**



## NEED TO CONTACT US?

**Customer service is available 24 hours a day, 7 days a week:**

- **Online:** directv.com
- **Phone: 1.800.531.5000**

3414

Pg 5 (A)

PO BOX 1391
SOUTHGATE, MI 48195-0391




02/07/18

Creditor: AT&T
Account Number: 250235195
Agency Reference Number: 63107720
Current Balance: $547.50

Jay Ainsworth
9159 E 38th St
Tulsa, OK 74145-3433

This notice is to inform you that your account with AT&T has been referred to our office for collections.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, thi: office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Calls to or from this company may be monitored or recorded.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

Sincerely,

Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268
866-872-8843



**Toll Free:** 866-872-8843



**Hours of Operation:**

| | |
|---|---|
| Monday – Thursday: | 8 AM – 11 PM EST |
| Friday: | 8 AM – 10 PM EST |
| Saturday: | 9 AM – 4 PM EST |



**Pay Your Bill Online at:**
www.dcicollect.com

DCI\00108\237346209008 16557\0015183\0

Detach and Return with Payment

**To pay by credit card, please complete the information below:**

Check One: ☐ VISA ☐ MasterCard ☐ AMEX ☐ Check

Card Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Expiration Date: ☐☐☐☐ CCV#: ☐☐☐ Last 3 digits on back of card

Signature of Cardholder: ____________________

Cardholder Name: ____________________

Cardholder Billing Address:

____________________

____________________

0(

**Amount Due: $547.50**

**Amount Submitted:**

$ ☐☐☐☐☐.☐☐

Creditor: AT&T
Account Number: 250235195
Agency Reference Number:63107720
Current Balance: $547.50

DIVERSIFIED CONSULTANTS, INC.
PO BOX 551268
JACKSONVILLE, FL 32255-1268

pg 6 (B)

866-872-8843

PO BOX 1391
SOUTHGATE, MI 48195-0391



DIVERSIFIED CONSULTANTS, INC.

597 DTV 2016 DTV start 4-24-17 cancelled ~~5-2017~~ 5-16-17

07/09/19

Creditor: AT&T
Agency Reference Number: 77644568
Account Number: 250235195 DTV
Balance: $547.50

serv Early term

Jay Ainsworth
9159 E 38th St
Tulsa, OK 74145-3433

19088

We received your letter disputing the above-referenced account. We have placed the account in dispute status while we gather the information needed to respond your dispute. While we acknowledge and are currently investigating your dispute, federal law requires us to provide the following disclosures withir five days after our initial communication with you.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, thi office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Calls to or from this company may be monitored or recorded.

This communication is from a debt collector.

Sincerely,
Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268
866-872-8843

**Toll Free:** 866-872-8843



**Hours of Operation:**
Monday – Thursday: 8 AM – 11 PM EST
Friday: 8 AM – 10 PM EST
Saturday: 9 AM – 4 PM EST



**Visit Us Online at:**
www.dcicollect.com





Pg 7 (G)

DCI\10102\237423953510 2717\0002462\0008

Date: 7/11/18

Diversified Consultants, Inc.

PO Box 551268

Jacksonville, FL 32255 – 1268

Re: Accounts 121352217 & 250235195

To Whom It May Concern:

I am writing this letter in response to the phone call/letter received from you on 7/16/19. In conformance to my rights under the Fair Debt Collection Practices Act (FDCPA), I am requesting you to provide me with a validation of the debt that you talked of earlier. Please note, this is not a refusal to pay, rather a statement that your claim is disputed and validation is demanded. (15 USC 1692g Sec. 809 (b))

I do hereby request that your office provide me with complete documentation to verify that I owe the said debt and have any legal obligation to pay you.

Please provide me with the following:

1. Agreement with the creditor that authorizes you to collect on this alleged debt
2. The agreement bearing my signature stating that I have agreed to assume the debt
3. Valid copies of the debt agreement stating the amount of the debt and interest charges
4. Proof that the Statute of Limitations has not expired
5. Complete payment history on this account along with an accounting of all additional charges being assessed
6. Show me that you are licensed to collect in my state; and
7. Your license numbers and Registered Agent

If your office fails to reply to this debt validation letter within 30 days from the date of your receipt, all instances related to this account must be immediately deleted and completely removed from my credit file. Moreover, all future attempts to collect on the said debt must be ceased.

Your non-compliance with my request will also be construed as an absolute waiver of all claims to enforce the debt against me and your implied agreement to compensate me for court costs and attorney fees if I am forced to bring this matter before a judge.

Thanking you,

Your Signature [signature]

Your Name **Jay Ainsworth**




7/26/2019

JAY AINSWORTH
9159 E 38TH ST
TULSA, OK 74145-3433

Original Creditor: AT&T
Current Creditor: AT&T
Account Number: 235250195
Agency Reference Number: 77644568
Balance: $547.50

We received your request for verification of the above-referenced account. We obtained verification from the creditor confirming that the account information we provided is accurate. Enclosed is additional information provided by the creditor regarding this account.

If you have any questions regarding this account, please contact our office at 866-257-3037.

Calls to or from this company may be monitored or recorded.

This communication is from a debt collector.

Sincerely,
Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268

**Notice: See Reverse Side for Important Information.**

This communication is from a debt collector.

Toll Free: 866-257-3037














7/29/2019

JAY AINSWORTH
9159 E 38TH ST
TULSA, OK 74145-3433

Original Creditor: AT&T
Current Creditor: AT&T
Account Number: 352121217
Agency Reference Number: 77237269
Balance: $486.12

We received your request for verification of the above-referenced account. We contacted the creditor to obtain verification and they provided the enclosed documentation in response to your request. The creditor has verified that the account information we provided is accurate. Customer received a credit adjustment of $165.00 on 9/19/18. The balance due on your account is shown above.

If you have any questions regarding this account, please contact our office at 866-257-3037.

Calls to or from this company may be monitored or recorded.

This communication is from a debt collector.

Sincerely,
Diversified Consultants, Inc.
PO Box 551268
Jacksonville, FL 32255-1268

**Notice: See Reverse Side for Important Information.**

This communication is from a debt collector.

Toll Free: 866-257-3037







VAL09

